```
 1 | ISMAIL J. RAMSEY (CABN 189820)
   | United States Attorney
 2 | PAMELA T. JOHANN (CABN 145558)
   | Chief, Civil Division
 3 | ELIZABETH D. KURLAN (CABN 255869)
   | Assistant United States Attorney
 4 |
 5 |     450 Golden Gate Avenue, Box 36055
   |     San Francisco, California 94102-3495
 6 |     Telephone: (415) 436-7298
   |     Facsimile: (415) 436-6748
 7 |     Elizabeth.Kurlan@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAO WANG, *et al.*, | C 5:24-cv-07891-VKD |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER** |
| JAMES R. MCHENRY III[1], Acting Attorney General, United States Department of Justice, *et al.* | |
| | Re: Dkt. No. 9 |
| Defendants. | |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before March 28, 2025. Plaintiffs filed this action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. The parties make this request because United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiffs on February 11, 2025.

The parties further request a corresponding extension on the deadline for filing a summary

---

[1] James R. McHenry III is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Extend
C 5:24-cv-07891-VKD                                1

judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or April 3, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by June 2, 2025.

Dated: February 3, 2025

Respectfully submitted[2],

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 3, 2025

/s/ Tao Wang
TAO WANG
Pro Se Plaintiff

/s/ Xin Ai
Xin Ai
Pro Se Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 4, 2025

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On November 18, 2024, Plaintiffs filed a complaint in which they seek adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. *See* Dkt. No. 1. Our office was served with the complaint on December 4, 2024.

3. On January 23, 2025, my office contacted Plaintiffs regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 3, 2025

                                                   */s/ Elizabeth D. Kurlan*
                                                 ELIZABETH D. KURLAN
                                                 Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Tao Wang & Xin Ai
2568 Gimelli Way
San Jose, CA 95133
wangtaoo665@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   February 3, 2025

LILLIAN DO
Paralegal Specialist

Stipulation to Extend
C 5:24-cv-07891-VKD                                    4